UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANTHONY DESHAUN JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:06-CV-2100-G |
| BENNY DONNEL HANDLEY, ET AL., ) | |
| ) | **ECF** |
| Defendants. ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the court finds that the findings, conclusions and recommendation of the magistrate judge are correct, and they are **ADOPTED** as the findings and conclusions of the court.

**SO ORDERED**.

March 22, 2007.

_____
A. JOE FISH
CHIEF JUDGE